

GENERAL SCHEDULE — SECTION II

Form MLB-16
(Ed. 11-69)

☐ MLB-200, SMB Liability Insurance Form
Description of Hazards and Locations

☐ MLB-202, Comprehensive General Liability Insurance
Endorsement

| The rating classifications herein, except as specifically provided elsewhere, do not modify any of the provisions of the policy. | Code No. | Premium Bases | Rates: | | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | *B.I. | P.D. | *B.I. | P.D. |
| (a) Premises—Operations | | (a) Area (Sq. Ft.) (b) Frontage (c) Remuneration | (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot (c) Per $100 of Remuneration | | If Single Limit, Use B.I. Column. | |
| (b) Escalators | | (d) Number Insured | (d) Per Landing | | Include Premium for Premises Medical Payment Insurance in B.I. Column | |
| (c) Independent Contractors—Let or Sublet Work | | (e) Cost | (e) Per $100 of Cost | | | |
| (d) Completed Operations | | (f) Receipts | (f) Per $1,000 of Receipts | | | |
| (e) Products | | (g) Sales | (g) Per $1,000 of Sales | | | |

Med. Pay.                              Premium $1252                                        93.

(d) Completed Operations

Building Insulation           1202W 3,000,000  .067  .212    201.   636.

(e) Products

Building Material NOC         1080C 2,000,000  .097  .048    194.   96.

Broad Form Contracts (owners) 0555B 3,450,000  VRS.  VRS.    714.   311.

Broad From Contracts (Contractors)
                             0555B 10,000      VRS.  VRS.    12.    8.

Construction Operations       0514B 15,000     .016  .008    10.    6.

Construction Operations       0514B 50,000     .016  .008    10.    6.

Personal Injury                      Premium $1252.  14.1%          177.

† Describe premium basis, if other than stated.

Form MLB-16 (Ed. 11-69)

# SMP COMPREHENSIVE CRIME COVERAGE ENDORSEMENT
## SECTION III — CRIME COVERAGE

Form MLB-300
(Ed. 10-66)

This endorsement shall be attached to Policy No. ................................................................ of the

................................................................ Insurance Company.
(herein called Company)

The Insuring Agreements, General Agreements, Conditions and Limitations and other terms of this endorsement shall apply only as specified herein and none of the provisions, stipulations and other terms of the policy to which this endorsement is attached shall apply to insurance hereunder.

## DECLARATIONS

Item 1. Effective Period: from noon on ................................................................ to noon on the
(Month, Day, Year)
effective date of the cancellation or termination of the policy to which this endorsement is attached, standard time at the P.O. Address shown in the policy to which this endorsement is attached as to each of said dates, unless this endorsement is canceled or terminated as hereinafter provided or in any other manner.

Item 2.

| | Table of Limits of Liability | |
|---|---|---|
| Insuring Agreement IA | Employee Dishonesty (Commercial Blanket) Coverage | $ 25,000 |
| Insuring Agreement IB | Employee Dishonesty (Blanket Position) Coverage | $ Nil |
| Insuring Agreement II | Loss Inside the Premises Coverage | $ 2,000 (Loc. 1-4) |
| Insuring Agreement III | Loss Outside the Premises Coverage | $ 2,000 (Loc. 1-4) |
| Insuring Agreement IV | Money Orders and Counterfeit Paper Currency Coverage | $ Nil |
| Insuring Agreement V | Depositors Forgery Coverage | $ 25,000 |
| If added by endorsement | | |
| Insuring Agreement | | $ |

Item 3. The liability of the Company is subject to the terms of the following endorsements attached hereto

Item 4. The Insured by the acceptance of this endorsement gives notice to the Company terminating or canceling prior bond(s) or policy(ies) No.(s) ................................................................ such termination or cancelation to be effective as of the time this endorsement becomes effective.

The Company, in consideration of the payment of the premium, and subject to the Declarations made a part hereof, the General Agreements, Conditions and Limitations and other terms of this endorsement, agrees with the Insured, in accordance with such of the Insuring Agreements hereof as are specifically designated by the insertion of an amount of insurance in the Table of Limits of Liability of this endorsement, to pay the Insured for:

## INSURING AGREEMENTS

### EMPLOYEE DISHONESTY COMMERCIAL BLANKET COVERAGE

IA. Loss of Money, Securities and other property which the Insured shall sustain, to an amount not exceeding in the aggregate the amount stated in the Table of Limits of Liability applicable to this Insuring Agreement IA through any fraudulent or dishonest act or acts committed by any of the Employees, acting alone or in collusion with others.

### EMPLOYEE DISHONESTY BLANKET POSITION COVERAGE

IB. Loss of Money, Securities and other property which the Insured shall sustain through any fraudulent or dishonest act or acts committed by any of the Employees, acting alone or in collusion with others, the amount of insurance on each of such Employees being the amount stated in the Table of Limits of Liability applicable to this Insuring Agreement IB.

### LOSS INSIDE THE PREMISES COVERAGE

II. Loss of Money and Securities by the actual destruction, disappearance or wrongful abstraction thereof within the Premises or within any Banking Premises or similar recognized places of safe deposit.

Loss of (a) other property by Safe Burglary or Robbery within the Premises or attempt thereat, and (b) a locked cash drawer, cash box or cash register by felonious entry into such container within the Premises or attempt thereat or by felonious abstraction of such container from within the Premises or attempt thereat.

Damage to the Premises by such Safe Burglary, Robbery or felonious abstraction or by or following burglarious entry into the Premises or attempt thereat, provided with respect to damage to the Premises the Insured is the owner thereof or is liable for such damage.

### LOSS OUTSIDE THE PREMISES COVERAGE

III. Loss of Money and Securities by the actual destruction, disappearance or wrongful abstraction thereof outside the Premises while being conveyed by a Messenger or any armored motor vehicle company, or while within the living quarters in the home of any Messenger.

Loss of other property by Robbery or attempt thereat outside

the Premises while being conveyed by a Messenger or any armored motor vehicle company, or by theft while within the living quarters in the home of any Messenger.

### MONEY ORDERS AND COUNTERFEIT PAPER CURRENCY COVERAGE

IV. Loss due to the acceptance in good faith, in exchange for merchandise, Money or services, of any post office of express money order, issued or purporting to have been issued by any post office or express company, if such money order is not paid upon presentation, or due to the acceptance in good faith in the regular course of business of counterfeit United States or Canadian paper currency.

### DEPOSITORS FORGERY COVERAGE

V. Loss which the Insured or any bank which is included in the Insured's proof of loss and in which the Insured carries a checking or savings account, as their respective interests may appear, shall sustain through forgery or alteration of, on or in any check, draft, promissory note, bill of exchange, or similar written promise, order or direction to pay a sum certain in money, made or drawn by or drawn upon the Insured, or made or drawn by one acting as agent of the Insured, or purporting to have been made or drawn in his behalf or in such name, including

(a) any check or draft made or drawn in the name of the Insured, payable to a fictitious payee and endorsed in the name of such fictitious payee;

(b) any check or draft procured in a face to face transaction with the Insured, or with one acting as agent of the Insured, by anyone impersonating another and made or drawn payable to the one so impersonated and endorsed by anyone other than the one so impersonated; and

(c) any payroll check, payroll draft or payroll order made or drawn by the Insured, payable to bearer as well as to a named payee and endorsed by anyone other than the named payee without authority from such payee;

whether or not any endorsement mentioned in (a), (b) or (c) be a forgery within the law of the place controlling the construction thereof.

This Endorsement must be attached to Change Endorsement MLB-20 when issued after the Policy is written.

Form MLB-300 (RA 10-66)

Page 1 of 4

Case 1:18-cv-00932-CCE-LPA   Document 1-3   Filed 11/06/18   Page 3 of 19

## GENERAL AGREEMENTS

### CONSOLIDATION-MERGER

**A.** If, through consolidation or merger with, or purchase of assets of, some other concern, any person shall become Employees, the insurance afforded by this endorsement shall also apply as respects such Employees, provided the Insured shall give the Company written notice thereof within thirty days thereafter and shall pay the Company an additional premium computed pro rata from the date of such consolidation, merger or purchase to the end of the current premium period.

### JOINT INSURED

**B.** If more than one Insured is covered under this endorsement, the Insured first named shall act for itself and for every other Insured for all purposes of this endorsement. Knowledge possessed or discovery made by any Insured or by any partner or officer thereof shall, for the purposes of Section 7 of the ..., constitute knowledge possessed or discovery made by every Insured. Cancellation of the insurance hereunder as respects any Employee as provided in Section 15 shall apply to every Insured. If, prior to the cancellation or termination of this endorsement, the endorsement or any Insuring Agreement hereof is cancelled or terminated as to any Insured, there shall be no liability for any loss sustained by such Insured unless discovered within one year from the date of such cancellation or termination, or it respects Insuring Agreement 1B, within two years thereafter...

### LOSS UNDER PRIOR BOND OR POLICY

**C.** If the coverage of an Insuring Agreement of this endorsement other than Insuring Agreement 1 is substituted for any prior bond or policy of insurance carried by the Insured or by any predecessor in interest of the Insured, which prior bond or policy is terminated, cancelled or allowed to expire as of the time of such substitution, the Company agrees that this Insuring Agreement applies to loss which is discovered as provided in Sections 7 of the Conditions and Limitations and which would have been recoverable by the Insured or such predecessor under such prior bond or policy except to the fact that the time within which to discover loss thereunder had expired...

## THE FOREGOING INSURING AGREEMENTS AND GENERAL AGREEMENTS ARE SUBJECT TO THE FOLLOWING CONDITIONS AND LIMITATIONS

### EFFECTIVE PERIOD, TERRITORY, DISCOVERY

**Section 1** Loss is covered under Insuring Agreement 1B of this endorsement only if discovered not later than two years from the end of the Effective Period of this endorsement. Except under Insuring Agreement 1B, loss is covered under this endorsement only if discovered not later than one year from the end of such Effective Period.

### EXCLUSIONS

**Section 2** This endorsement does not apply:

**(a)** to loss due to any fraudulent, dishonest or criminal act by any Insured or a partner therein, whether acting alone or in collusion with others;

(f) under Insuring Agreement II, to loss of Money contained in coin operated amusement devices or vending machines, unless the amount of Money deposited within the device or machine is recorded by a continuous recording instrument therein;

(g) under Insuring Agreement III, to loss of insured property while in the custody of any armored motor vehicle company, unless such loss is in excess of the amount recovered or received by the Insured under (1) the Insured's contract with said armored motor vehicle company, (2) insurance carried by said armored motor vehicle company for the benefit of users of its service, and (3) all other insurance and indemnity in force in whatsoever form carried by or for the benefit of users of said armored motor vehicle company's service, and then this endorsement shall cover only such excess;

(h) under Insuring Agreement II, to loss, other than to money, securities, a safe or vault, by fire whether or not such fire is caused by, contributed to by, or arises out of the occurrence of a hazard insured against,

(i) under Insuring Agreements II and III, to loss due to nuclear action, nuclear radiation or radio active contamination, or to any act or condition incident to any of the foregoing.

## DEFINITIONS

Section 3. The following terms, as used in this endorsement shall have the respective meanings stated in this Section:

**"Money"** means currency, coins, bank notes and bullion; and travelers checks, register checks and money orders held for sale to the public.

**"Securities"** means all negotiable and non-negotiable instruments or contracts representing either Money or other property and includes revenue and other stamps in current use, tokens and tickets, but does not include Money.

**"Employee"** means any natural person (except a director or trustee of the Insured, if a corporation, who is not also an officer or employee thereof in some other capacity) while in the regular service of the Insured in the ordinary course of the Insured's business during the Effective Period of this endorsement and whom the Insured compensates by salary, wages or commissions and has the right to govern and direct in the performance of such service, but does not mean any broker, factor, commission merchant, consignee, contractor or other agent or representative of the same general character. As applied to loss under Insuring Agreement IA or IB the above words "while in the regular service of the Insured" shall include the first 30 days thereafter; subject, however, to Sections 15 and 16.

**"Premises"** means the interior of that portion of any building which is occupied by the Insured in conducting its business.

**"Banking Premises"** means the interior of that portion of any building which is occupied by a banking institution in conducting its business.

**"Messenger"** means the Insured or a partner of the Insured or any Employee who is duly authorized by the Insured to have the care and custody of the insured property outside the Premises.

**"Custodian"** means the Insured or a partner of the Insured or any Employee who is duly authorized by the Insured to have the care and custody of the insured property within the Premises, excluding any person while acting as a watchman, porter or janitor.

**"Robbery"** means the taking of insured property (1) by violence inflicted upon a Messenger or a Custodian; (2) by putting him in fear of violence; (3) by any other overt felonious act committed in his presence and of which he was actually cognizant, provided such other act is not committed by a partner or Employee of the Insured; (4) from the person or direct care and custody of a Messenger or Custodian who has been killed or rendered unconscious; or (5) under Insuring Agreement II, (a) from within the Premises by means of compelling a Messenger or Custodian by violence or threat of violence while outside the Premises to admit a person into the Premises or to furnish him with means of ingress into the Premises, or (b) from a showcase or show window within the Premises while regularly open for business, by a person who has broken the glass thereof from outside the Premises.

**"Safe Burglary"** means (1) the felonious abstraction of insured property from within a vault or safe, the door of which is equipped with a combination lock, located within the Premises by a person making a felonious entry into such vault or such safe and any vault containing the safe, when all doors thereof are duly closed and locked by all combination locks thereon, provided such entry shall be made by actual force and violence, of which force and violence there are visible marks made by tools, explosives, electricity or chemicals upon the exterior of (a) all of said doors of such vault or such safe and any vault containing the safe, if entry is made through such doors, or (b) the top, bottom or walls of such vault or such safe and any vault containing the safe through which entry is made, if not made through such doors, or (2) the felonious abstraction of such safe from within the Premises.

**"Loss"**, except under Insuring Agreements IA, IB and V, includes damage.

## LOSS CAUSED BY UNIDENTIFIABLE EMPLOYEE

Section 4. If a loss is alleged to have been caused by the fraud or dishonesty of any one or more of the Employees covered under Insuring Agreement IA or IB, as the case may be, and the Insured shall be unable to designate the specific Employee or Employees causing such loss, the Insured shall nevertheless have the benefit of such applicable Insuring Agreement subject to the provisions of Section 2 (b) of this endorsement provided that the evidence submitted reasonably proves that the loss was in fact due to the fraud or dishonesty of one or more of the said Employees, and provided, further, that the aggregate liability of the Company for any such loss shall not exceed the Limit of Liability applicable to such Insuring Agreement.

## OWNERSHIP OF PROPERTY; INTERESTS COVERED

Section 5. The insured property may be owned by the Insured, or held by the Insured in any capacity whether or not the Insured is liable for the loss thereof, or may be property as respects which the Insured is legally liable; provided, Insuring Agreements II, III and IV apply only to the interest of the Insured in such property, including the Insured's liability to others, and do not apply to the interest of any other person or organization in any of said property unless included in the Insured's proof of loss, in which event the third paragraph of Section 8 is applicable to them.

## BOOKS AND RECORDS

Section 6. The Insured shall keep records of all the insured property in such manner that the Company can accurately determine therefrom the amount of loss.

## PRIOR FRAUD, DISHONESTY OR CANCELATION

Section 7. The coverage of Insuring Agreement IA or IB shall not apply to any Employee from and after the time that the Insured or any partner or officer thereof not in collusion with such Employee shall have knowledge or information that such Employee has committed any fraudulent or dishonest act in the service of the Insured or otherwise, whether such act be committed before or after the date of employment by the Insured.

If, prior to the issuance of this endorsement, any fidelity insurance in favor of the Insured or any predecessor in interest of the Insured and covering one or more of the Insured's Employees shall have been canceled as to any of such Employees by reason of the giving of written notice of cancelation by the insurer issuing such fidelity insurance whether the Company or not, and if such Employees shall not have been reinstated under the coverage of said fidelity insurance or superseding fidelity insurance, the Company shall not be liable on account of such Employees unless the Company shall agree in writing to include such Employees within the coverage of Insuring Agreement IA or IB, as the case may be.

## LOSS; NOTICE; PROOF; ACTION AGAINST COMPANY

Section 8. Upon knowledge or discovery of loss or of an occurrence which may give rise to a claim for loss, the Insured shall: (a) give notice thereof as soon as practicable to the Company or any of its authorized agents and, except under Insuring Agreements IA or IB, and V, also to the police if the loss is due to a violation of law; (b) file detailed proof of loss, duly sworn to, with the Company within four months after the discovery of loss.

Proof of loss under Insuring Agreement V shall include the instrument which is the basis of claim for such loss, or if it shall be impossible to file such instrument, the affidavit of the Insured or the Insured's bank of deposit setting forth the amount and cause of loss shall be accepted in lieu thereof.

Upon the Company's request, the Insured shall submit to examination by the Company, subscribe the same, under oath if required, and produce for the Company's examination all pertinent records, all at such reasonable times and places as the Company shall designate, and shall cooperate with the Company in all matters pertaining to loss or claims with respect thereto.

No action shall lie against the Company unless, as a condition precedent thereto, there shall have been full compliance with all the terms of this endorsement nor until ninety days after the required proofs of loss have been filed with the Company, nor at all unless commenced within two years from the date when the Insured discovers the loss. If any limitation of time for notice of loss or any legal proceeding herein contained is shorter than that permitted to be fixed by agreement under any statute controlling the construction of this endorsement the shortest permissible statutory limitation of time shall govern and shall supersede the time limitation herein stated.

## VALUATION — PAYMENT — REPLACEMENT

Section 9. In no event shall the Company be liable as respects Securities for more than the actual cash value thereof at the close of business on the business day next preceding the day on which

[illegible]

## RECOVERIES

Section 10. [illegible]

## LIMITS OF LIABILITY

Section 11. [illegible]

## LIMIT OF LIABILITY UNDER THIS ENDORSEMENT AND PRIOR INSURANCE

Section 12. This Section shall apply only to Insuring Agreements [illegible]

[illegible]

## OTHER INSURANCE

Section 13. [illegible]

[illegible]

## SUBROGATION

Section 14. [illegible]

## CANCELATION AS TO ANY EMPLOYEE

Section 15. [illegible]

## CANCELATION OF ENDORSEMENT OR INSURING AGREEMENT

Section 16. [illegible]

## NO BENEFIT TO BAILEE

Section 17. This Section shall apply only to Insuring Agreements II and III.

[illegible]

## ASSIGNMENT

Section 18. [illegible]

## CHANGES

Section 19. [illegible]

☐ MLB-200, SMP Liability Insurance Form
Description of Hazards and Locations

☒ MLB-202, Comprehensive General Liability Insurance Endorsement

| The rating classifications herein, except as specifically provided elsewhere, do not modify any of the provisions of the policy. | Code No. | Premium Bases † | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | *B.I. | P.D. | *B.I. | P.D. |
| (a) Premises—Operations | | (a) Area (Sq. Ft.) (b) Frontage | (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot | | If Single Limit, Use B.I. Column. | |
| (b) Escalators | | (c) Remuneration | (c) Per $100 of Remuneration | | | |
| (c) Independent Contractors—Let or Sublet Work | | (d) Number Insured | (d) Per Landing | | Include Premium for Premises Medical Payment Insurance in B.I. Column. | |
| (d) Completed Operations | | (e) Cost | (e) Per $100 of Cost. | | | |
| (e) Products | | (f) Receipts (g) Sales | (f) Per $1,000 of Receipts. (g) Per $1,000 of Sales | | | |

(a) N.C.     *Place Codes*    04110

Insulation Work
Contractors-Construction or
erection

| | | | | | | |
|---|---|---|---|---|---|---|
| | 5480 | c) 14,000 | .046 | .160 | 6. | 22. |
| | 3759 | c) 40,000 | .095 | .055 | 38. | 22. |
| S.C.   02310 | | | | | | |
| | 5480 | c) 686,000 | .071 | .160 | 487. | 1,098. |
| | 3759 | c) 38,000 | .131 | .072 | 50. | 27. |
| N.C.   09800 | | | | | | |
| | 5480 | c) 546,000 | .046 | .160 | 251. | 874. |
| | 3759 | c) 40,000 | .095 | .055 | 38. | 22. |
| GA.   12110 | | | | | | |
| | 5480 | c) 185,000 | .095 | .240 | 176. | 444. |
| | 3759 | c) 7,800 | .143 | .103 | 11. | 8. |
| S.C.   02310 Private Residence | 0770 | EACH 1 | 2.27 | .40 | 2. | |
| VA.   09780 | 5480 | c) 49,000 | .059 | .160 | 29. | 82 |
| TENN.   03310 | 5480 | c) 41,000 | .143 | .216 | 59. | 89. |
| KENTUCKY   05910 | 5480 | If Any | .107 | .207 | | |
| MISS.   02510 | 5480 | c) 6,000 | .143 | .224 | 9. | 13. |
| ALA.   03710 | 5480 | c) 63,000 | .131 | .155 | 83. | 85. |
| TEXAS   22110 | 5480 | c) 4,000 | .167 | .288 | 7. | 12. |
| ARK.   08610 | 5480 | c) 7,000 | .119 | .224 | 8. | 16. |

*Inland Marine coverage
applies only to 5480(?)
Sulphur Springs Rd.
Greenville, S.C.*

† Describe premium basis, if other than stated.

Form MLB-16 (Ed. 11-60)

CHANGE ENDORSEMENT # 3

Form MLB-20
(Ed 11-68)

This endorsement is made a part of Policy No. 41-100807

of the Northern Insurance Company
Name of Insurance Company

and becomes effective on 5/6/70 at NOON standard time at the location of the
(Date)
described property.

Name of Insured Covil Insulation Company, Inc.

Location of Premises and Occupancy See MLB-22

Policy Term: 3 years, From 3/31/70 To 3/31/73

Loss Ded. Cl. No 1 yes applicable; Loss Ded. Cl. No 2 yes applicable; Other (specify)

Forms and Endorsements applicable:

It is agreed that:

(a) The policy is amended as follows:

Location # 7 - 721 Roosevelt Ave, Albany, Georgia
is hereby added.

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of
the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are
in lieu of the Limits of Liability stated in the policy and not in addition thereto.

## SECTION I — PROPERTY COVERAGE

| Coverage Description | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | □ Add'l □ Return |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | |
| B | 7 | 1 | $ | $ 25,000 | | | $ | $ 270 | $270. |
| | | | $ | $ | | | $ | $ | |

## SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | □ Add'l □ Return |
|---|---|---|---|---|---|
| C. Bodily Injury & Property Damage Liability | $ each Occurrence | $ Aggregate | Old Premium $ | New Premium $ | $ 60. |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |

TOTAL $330.

## PREMIUM RECAPITULATION

Due at Endorsement Effective Date: 5/6/70

Additional Premium $99.00

Return Premium

Premium adjustment if the Premium is payable in annual installments.

| Dates Due | Original Installments | Increase | Decrease | Revised Installments |
|---|---|---|---|---|
| 3/31/71 | $ 12,176. | $ 110.00 | $ | $12,286. |
| 3/31/72 | $ 12,176. | $ 110.00 | $ | $12,286. |
| Total Premium to Policy Expiration | | $ | $ | |

Sam J. Crane & Co. Agency

By

Form MLB-20 (Ed. 11-68)

**CIC**

## CHANGE ENDORSEMENT #2

Form MLB-20
(Ed. 11-68)

This endorsement is made a part of Policy No. 41-180497

of the Northern Insurance Company
*Name of Insurance Company*

and becomes effective on 5/25/70 at Noon, standard time at the location of the
*(Date)*
described property.

Name of Insured: COVIL INSULATION COMPANY, INC.

Location of Premises and Occupancy: SEE MLB-22

Policy Term: 3 years, From 3/31/70 To 3/31/73
Loss Ded. Cl. No. 1 YES applicable; Loss Ded. Cl. No. 2 YES applicable; Other (specify)

Forms and Endorsements applicable:

It is agreed that:

(a) The policy is amended as follows:
FORMS MLB-102 and MLB-121 ARE HEREBY ADDED AND APPLY ONLY TO
SECTION OF BUILDING UNDER CONSTRUCTION AT 523 (R) SULPHUR
SPRINGS ROAD, GREENVILLE, SOUTH CAROLINA

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are in lieu of the Limits of Liability stated in the policy and not in addition thereto.

### SECTION I — PROPERTY COVERAGE

| Coverage Descrip- tion | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | ☐ Add'l ☐ Return |
| A | | | $ 25,000 | $ | | | $ | $ | $ 96. |
| | | | | | | | $ | $ | $ |

### SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | ☐ Add'l ☐ Return |
| C. Bodily Injury & Prop- erty Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ 24. |

TOTAL $ 120.

### PREMIUM RECAPITULATION

Due at Endorsement Effective Date:

| | Additional Premium | Return Premium |
|---|---|---|
| 5/25/70 | $ 34.00 | |

Premium adjustment if the Premium is payable in annual installments.

| Dates Due | Original Installments | Increase | Decrease | Revised Installments |
|---|---|---|---|---|
| 3/31/71 | $ 12,136. | $ 40.00 | $ | 12,176. |
| 3/31/72 | $ 12,136. | $ 40.00 | $ | 12,176. |
| Total Premium to Policy Expiration | $ 114.00 | $ | | |

Sam J. Crain Co. Agency

By

Form MLB-20 (Ed. 11-68)

3356

Form No. 110-1
(Ed. 1-61)

**CHANGE ENDORSEMENT #3**

This endorsement is made a part of Policy No. 43-190397

of the Northern Insurance Co.

and becomes effective on 5/16/71 at noon standard time at the location of the described property

Name of Insured: Covill Insulation Inc., et al

Location of Premises and Occupancy: various

Policy Term: 3 years from 3/31/70 to 3/31/73

Loss Deductible 1. YES applicable; Loss Ded. Cl. No. 2 YES applicable; Other (Specify)

Forms and Endorsements applicable:

It is agreed that:

(a) The policy is extended as follows:

**Policy amended as per Form 4207S.**

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of liability in the Company's Liability shall be changed to read as stated in said limits of liability; following the sale. Such limits are in lieu of the Limit of Liability stated in the policy and not in addition thereto.

## SECTION I — PROPERTY COVERAGE

| Coverage Identification | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Co. Rate | New Rate | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | Add'l / Return |
| | | | $ | $ | | | $ | $ | $ |
| | | | | | | | | | |

## SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | | PREMIUMS | | |
|---|---|---|---|---|---|---|
| | | | | Old Premium | New Premium | Add'l / Return |
| C. Bodily Injury & Property Damage Liability | (each occurrence) $ | Aggregate $ | | $ | $ | $ |
| D. Premises Medical Payments | (each person) $ | (each accident) $ | | | | |

TOTAL $

## PREMIUM RECAPITULATION

| Due at Endorsement Effective Date 5/16/71 | Additional Premium $ 1,093. | Return Premium $ |
|---|---|---|

Premium adjustment if due Premium is payable in annual installments

| Dates Due | Original Installments | Increase | Decrease | Revised Installments |
|---|---|---|---|---|
| 3/31/72 | $ 12,286. | $ 1,391. | $ | $ 13,677. |
| | | $ 2,484. | $ | |

Total Premium to Policy Expiration

Sam J. Gizzio & Co. Agency

By: _____

ENDORSEMENT #5

Location # 1 Contents Coverage is increased to $425,000.

Location # 3 Contents Coverage is increased to $110,000.

Location  amended to read 929 Wilco Blvd, Wilson, NC

Location # 4, contents coverage increased to $ 90,000.

Location # 7 contents coverage increased to $ 50,000.

$3000.  Office contents special form and  $7500 Mercantile

Open Stock coverage are hereby added.



| KIND OF BUSINESS | | LINE | CODE | PREMIUMS | |
|---|---|---|---|---|---|
| | | | | ADDITIONAL | RETURN |
| Bodily Injury | | | | $ | $ |
| Property Damage | | | | $ | $ |
| Collision | | | | $ | $ |
| A. P. D. | | | | $ | $ |
| Miscellaneous | | | | $ | $ |
| | | | Totals | $ | $ |
| Net Additional or Return Premium | | | | $ | $ |

| State Code | Comm. Rate | Fire District |
|---|---|---|
| | | |

TRANS. 31 — This endorsement forms a part of — Policy No. — Issued to — And is effective on and after

Nothing herein contained shall be held to vary, alter, waive or extend any  of the terms, limits or conditions of the policy, except as hereinabove set forth.

| Form | Effective date | Expiration date | Company | B.O. | Producer | Subject to Audit | | | | Ind. Risk | Stat. Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | M-1 | Q-2 | S/A 3 | A-4 | | |
| Part. | Rat'g. | Merit | State | Comm. | Branch Office | Agent | | | | | |

(02) ☐ MARYLAND CASUALTY COMPANY
(07) ☐ NORTHERN INSURANCE COMPANY OF NEW YORK
(08) ☐ ASSURANCE COMPANY OF AMERICA
(06) ☐ MAINE BONDING AND CASUALTY COMPANY
(03) ☐ MARYLAND AMERICAN GENERAL INSURANCE CO.
(04) ☐ NATIONAL STANDARD INSURANCE COMPANY

Authorized Representative

S. & S. 42025       5-69    PRINTED U.S.A.
( ENDORSEMENT )

HOME OFFICE COPY

C

CHANGE ENDORSEMENT #8

Form MLB-25
(Ed. 11-56)

This endorsement is made a part of Policy No. 41-190897

of the **Northern Insurance Company**

Name of Insurance Company

and becomes effective on **3-31-72** at **Noon** standard time at the location of the

(Date)

described property.

Name of Insured **Covil Insulation Company**

Location of Premises and Occupancy **See MLB-22**

Policy Term: 3 years, From **3-31-70** To **3-31-73**

Loss Ded. Cl. No. 1 **yes** applicable; Loss Ded. Cl. No. 2 **yes** applicable; Other (specify)

Forms and Endorsements applicable:

It is agreed that:

(a) The policy is amended as follows: **Form 3591 is hereby added**

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are in lieu of the Limits of Liability stated in the policy and not in addition thereto.

### SECTION I — PROPERTY COVERAGE

| Coverage Descrip-tion | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | ☐ Add'l ☐ Return |
| | | | $ | $ | | | $ | $ | $ |

### SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | ☐ Add'l ☐ Return |
| C. Bodily Injury & Prop-erty Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |
| | | | | TOTAL $ | |

### PREMIUM RECAPITULATION

| Due at Endorsement Effective Date: | Additional Premium | Return Premium |
|---|---|---|
| **3-31-72** | $ **322.00** | $ |

KC
3/27/72

Premium adjustment if the Premium is payable in annual installments:

| Dates Due | Original Installments | Increase | Decrease | Revised Installments |
|---|---|---|---|---|
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| Total Premium to Policy Expiration | | $ **322.00** | | |

**Sam J. Crain & Co.** Agency

By

Form MLB-25 (Ed. 11-56)

3 3 8 7

# BROAD FORM PROPERTY DAMAGE ENDORSEMENT—

### Excluding Completed Operations

COMPREHENSIVE GENERAL LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE

CLASSIFICATION AND ESTIMATED ADVANCE PREMIUM

Broad Form Property Damage Coverage Excluding Completed Operations

| | |
|---|---|
| Policy No. 41-190897 | Civil Insulation Co. |

Nothing herein contained shall be held to vary, waive or extend any of the terms, limits or conditions of the policy except as herein set forth.

The insurance afforded by this endorsement is subject only when this endorsement is issued subsequent to preparation of the policy.

LOSS PAYABLE

No. 520
Ala.-Fla.-S. C.
(Edition 9-55)

It is stipulated that any loss due the Insured under this policy shall be held payable to        Equipment
Leasing Corporation, 1930 Augusta Road, Drawer 8457, Greenville, S. C.

as _____ interest may appear, subject, nevertheless, to all conditions of the policy.

Note to Agents: The "attaching" portion may be torn off and retained when the policy is written.

Attached to and forming part of Policy No.    41-190897

Issued at its _____ of the _____

Dated $ _____                    CITY OR TOWN                STATE                NAME OF INSURANCE COMPANY
                                                                                Agency.

                                                                        Sam J. Crain & Co.                Agent

No. 520 (9-55) (Ala.-Fla., S. C.)                                        No. 520 (9-55) (Ala.-Fla., S. C.)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
MANUFACTURERS AND CONTRACTORS LIABILITY INSURANCE
OWNERS, LANDLORDS AND TENANTS LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE

## BROAD FORM PROPERTY DAMAGE ENDORSEMENT—

### Excluding Completed Operations

A. It is agreed that the insurance for property damage liability applies, subject to the following additional provisions:

1. The exclusions relating to property damage to (1) property owned, occupied or used by or rented to the insured or in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control and (2) work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith, are replaced by the following exclusions (w) and (x):

   (w) to property damage

   (1) to property owner or occupied by or rented to the insured, or, except with respect to the use of elevators, to property held by the insured for sale or entrusted to the insured for storage or safekeeping;

   (2) except with respect to liability under a written sidetrack agreement or the use of elevators to

   (a) property while on premises owned by or rented to the insured for the purpose of having operations performed on such property by or on behalf of the insured,

   (b) tools or equipment while being used by the insured in performing his operations,

   (c) property in the custody of the insured which is to be installed, erected or used in construction by the insured,

   (d) that particular part of any property, not on premises owned by or rented to the insured,

   (i) upon which operations are being performed by or on behalf of the insured at the time of the property damage arising out of such operations, or

   (ii) out of which any property damage arises, or

   (iii) the restoration, repair or replacement of which has been made or is necessary by reason of faulty workmanship thereon by or on behalf of the insured;

   (x) with respect to the completed operations hazard, if the insurance otherwise applies to property damage included within such hazard and any classification stated in the policy or in the company's manual as "including completed operations", to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith.

B. The insurance afforded by this endorsement shall be excess insurance over any valid and collectible property insurance (including any deductible portion thereof) available to the insured, such as but not limited to Fire and Extended Coverage, Builder's Risk Coverage or Installation Risk Coverage, and the "Other Insurance" Condition is amended accordingly.

### CLASSIFICATION AND ESTIMATED ADVANCE PREMIUM:

Broad Form Property Damage Coverage (Excluding Completed Operations)...........................................3650

| | | | | | | | Line |
|---|---|---|---|---|---|---|---|
| Estimated Advance Premium @ | % of OLT, M&C, OCP and Contractual P. D. Premiums | | | | $ | | 209 |

| TRANS. 31 | This endorsement forms a part of Policy No. | TY-1908XY | Issued to | Cpvil Insulation Co. | | Agent | 3-31-72 | of the | Agent |
|---|---|---|---|---|---|---|---|---|---|

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, limits or conditions of the policy, except as herein set forth.

The information contained below is required only when this endorsement is issued subsequent to preparation of the policy.

| Term | Effective date | Expiration date | Company | R.D. | Producer | | Extend to Audit | | | Incl. Risk | Stat. Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | H-3 | G-7 | A/A-3 | A-4 | | 0 |

| Port Div. | Spread Plans | Accum. Grade | Line Codes Sub-l. T-3 | State | Terr. | Class | Qr. | Limits | Extension | Comm. Rate | 1st Orand term or Exit Prem. | Credit | Retirement Annual (BINE) | Original Prem. Only % | Fire Distict |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 17 | 18 | 20-21 22-23 24-25 26-27 | 28-30 | 31 | 32-34 | 35-37 | 38-43 | 44-56 | 57-63 | 64-70 | 71-75 | 74-80 |

| Bill Date | Mo. | Yr. | Mo. | Yr. | Mo. | Yr. | State Code | C/B Code | Fire District | Total Content | 48 Cov. | Total Deferred | 49 | Total Full Term Premium | 55 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Full Line N-34 | | | | | | | | | | | | | | | 099 |
| | | | | | | | | | | | | | | | CERD |

Authorized Representative.

L-A 2501 Ed. 17-68
Broad Form Property Damage Endorsement - Excluding Completed Operations

☐ 05 MARYLAND CASUALTY COMPANY
☐ 07 NORTHERN INSURANCE COMPANY OF NEW YORK
☐ 06 ASSURANCE COMPANY OF AMERICA
☐ 08 MAINE BONDING AND CASUALTY COMPANY
☐ 03 MARYLAND AMERICAN GENERAL INSURANCE CO.
☐ 04 NATIONAL STANDARD INSURANCE COMPANY

CHANGE ENDORSEMENT # 9

Form MLB-21

This endorsement is made a part of Policy No. 41-190097 of the NORTHERN INSURANCE CO. (Name of Insuring Company)

and becomes effective on 8/31/72 at NOON standard time at the location of the described property.

Name of Insured COVIL INSULATION CO. INC.

Location of Premises and Occupancy SEE MLB-22

Policy Term 3 years From 3/31/70 To 3/31/73 Loss Ded. Cl. No. 1 YES Applicable; Loss Ded. Cl. No. 2 YES Applicable

Other Loss Ded. Cl. applicable: (specify) ______ Forms applicable ______

It is agreed that:

(a) The policy is amended as follows:

FORM 520 IS HEREBY ADDED.

CCS-28

ATTACH TO DAILY REPORT No. 41-190097 DO NOT ... HOLD ...

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limits of the Company's liability shall be changed to read as stated in the Limits of Liability column herein. Such limits are in lieu of the Limits of Liability stated in the policy and not in addition thereto.

SECTION I — PROPERTY COVERAGE

| Coverage Description | Loc. No. | Bldg. No. | LIMITS OF LIABILITY: Previous Limit | LIMITS OF LIABILITY: New Limit | Old Rate | New Rate | PREMIUMS: Old Premium | PREMIUMS: New Premium | PREMIUMS: ☐ Add'l ☐ Return |
|---|---|---|---|---|---|---|---|---|---|
| | | | $ | $ | | | $ | $ | $ |
| | | | $ | $ | | | $ | $ | $ |
| | | | | | | | | | |

SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS: Old Premium | PREMIUMS: New Premium | PREMIUMS: ☐ Add'l ☐ Return |
|---|---|---|---|---|---|
| C. Bodily Injury & Property Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |
| | | | | | |

TOTAL $

PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments 2. | $ | $ | $ | $ |
| if payable in annual installments: 3. | $ | $ | $ | $ |
| Date of Change: | | $ | $ | $ ☐ Additional |
| Total for remainder of policy term: | | $ | $ | ☐ Return |

CP 00145946

SAM J. CRAIN/ Agency By ______

Form MLB-21 (Ed. 1-61)

LOSS PAYABLE

No. 520
Ala.-Fla.-S. C.
(Edition 9-46)

It is stipulated that any loss due the Insured under this policy shall be held payable to **BANK OF ASHEVILLE**
**P O BOX 1881, ASHEVILLE, NC**
as THEIR interest may appear, subject, nevertheless, to all conditions of the policy.

Note to Agents—The "attaching" portion may be torn off when this attached when the policy is written.

Attached to and forming part of Policy No. **41-190897**

**NORTHERN INSURANCE CO.**                                                    of the
                                  NAME OF INSURANCE COMPANY
Issued at its _____
                CITY OR TOWN               STATE            Agency.
Dated _____                    **SAM J CRAIN CO.**
                                                                        Agent
No. 520 (9-46) (Ala., Fla., S. C.)
                                              No. 520 (9-46) (Ala., Fla., S. C.)

# CHANGE ENDORSEMENT

This endorsement is made a part of Policy No. 41-100807
of the Northern Insurance Company
(Name of Insurance Company)
and becomes effective on 6/20/72 at 12:01 Noon standard time at the location of the described property.

Name of Insured Covil Insulation Co., Inc.
Location of Premises and Occupancy

Policy Term 3 years From 3/31/72 3/31/75 Loss Ded. Cl. No. 1 [illegible] Applicable; Loss Ded. Cl. No. 2 [illegible] Applicable;
Other Loss Ded. Cl. applicable (specify) Forms applicable:
It is agreed that:
(a) The policy is amended as follows:

In consideration of a flat charge of $50.00 CGL and Contractual Liability limits are increased to 1,000,000/1,000,000 for the job for Liggett and Myers, Inc., Durham, North Carolina only. No higher limits of liability are approved.

KK
8-3-72

(b) With respect to those coverages and items of property for which a specific limit of liability is shown, the limit of the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are in lieu of the Limits of Liability stated in the policy and not in addition thereto.

## SECTION I — PROPERTY COVERAGE

| Coverage Description Item | Loc. No. | Bldg. No. | LIMITS OF LIABILITY Previous Limit | New Limit | Old Rate | New Rate | PREMIUMS Old Premium | New Premium | ☐ Add'l ☐ Return |
|---|---|---|---|---|---|---|---|---|---|
| | | | $ | $ | | | $ | $ | $ |
| | | | $ | $ | | | $ | $ | $ |

## SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS Old Premium | New Premium | ☐ Add'l ☐ Return |
|---|---|---|---|---|---|
| C. Bodily Injury & Property Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |

TOTAL $

## PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments, if payable in annual installments: 1 | $ | $ | $ | $ |
| 2 | $ | $ | $ | $ |
| Date of Change 6/28/72 | | $ 50.00 | $ | $ |
| Total for remainder of policy term | | $ 50.00 | $ | ☐ Additional ☐ Return |

Sam J. [illegible] Co., Inc. Agency, by

Form NLS-[illegible] (ED. [illegible])

# CHANGE ENDORSEMENT

This endorsement is made a part of Policy No. 41-190897

of the **Northern Insurance Company**

and becomes effective on 6/28/72 12:00 Noon standard time at the location of the described property.

Name of Insured: Covil Insulation Co., Inc.

Location of Premises and Operations:

Policy Term 3 years, from 3/31/70 to 3/31/73. Loss Ded. Cl. No. 12 applicable, Loss Ded. Cl. No. 2 applicable.
Other Loss Ded. Cl. applicable (specify) ............ Forms applicable ............

It is agreed that:

(a) The policy is amended as follows:

In consideration of a flat charge of $50.00 CGL and Contractual
Liability limits are increased to 1,000,000/3,000,000 for the
job for Liggett and Myers, Inc., Durham, North Carolina only.
No higher limits of liability are approved.

(b) With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of
the Company's liability shall be changed to read as stated in the Limits of Liability columns herein. Such limits are
in lieu of the Limits of Liability stated in the policy and not in addition thereto.

## SECTION I — PROPERTY COVERAGE

| Coverage Descrip- tion | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | ☐ Add'l ☐ Return |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | |
| | | | $ | $ | | | $ | $ | $ |
| | | | $ | $ | | | $ | $ | $ |

## SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | ☐ Add'l. ☐ Return |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | |
| C. Bodily Injury & Prop- erty Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |
| | | | | TOTAL $ | |

## PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Unite is subsequent installments. 2 | $ | $ | $ | $ |
| w remain. in annual installments. 1 | $ | $ | $ | $ |
| Date of Change: 6/28/72 | | $ 50.00 | $ | |
| Total for remainder of policy term | | $ 50.00 | $ | ☒ Additional ☐ Return |

........ Covil Insulation Co., Inc. Agency. By ........

FP/CM-1/12/73                                                                    259

## CHANGE ENDORSEMENT #11

This endorsement is made a part of Policy No. **41-100497**
of the **Northern Insurance Company**

and becomes effective on **1/1/73** at **Noon** (Standard Time at the location of the described property)

Name of Insured ____ **Covil Insulation Co.**
Location of Premises and Coverages ____ **Per MLB-22**

Policy Term - 3 years, From **1/31/70** To **1/31/73** Co-Ins Ded. Cl. No. 1 ☐ applicable; Loss Ded. Cl. No. 2 ☐ applicable
Other Loss Ded. Cl. applicable (specify) ____ Forms applicable ____
It is agreed that:
(a) The policy is amended as follows:

**Location 525(R) Sulphur Springs Rd., Berea Dist., Greenville, SC
is hereby added.** 25000 Fire, Etended Coverage VIM

**Item #1-A of Form 40090 is amended to read:
$40,000 Additional Coverage added per schedule on file
with Company at 4830 Park Rd., Charlotte, NC.**

(With respect to those coverages and kinds of property for which a specific limit of liability is shown, the limit of the Company's liability shall be charged to read as shown at the Limits of Liability column herein. Such limits are in lieu of the Limits of Liability stated in the policy and not in addition thereto.)

### SECTION I — PROPERTY COVERAGE

| Coverage Description | Loc. No. | Bldg. No. | LIMITS OF LIABILITY | | Old Rate | New Rate | PREMIUMS | | ☐ Add'l ☐ Return |
|---|---|---|---|---|---|---|---|---|---|
| | | | Previous Limit | New Limit | | | Old Premium | New Premium | |
| | | | $ | $ | | | $ | $ | $ 1773. |
| | | | $ | $ | | | $ | $ | |
| | | | | | | | | | |

### SECTION II — LIABILITY COVERAGE

| Coverage | Limits of Liability | | PREMIUMS | | ☐ Add'l ☐ Return |
|---|---|---|---|---|---|
| | | | Old Premium | New Premium | |
| C. Bodily Injury & Property Damage Liability | $ each Occurrence | $ Aggregate | $ | $ | $ 60. |
| D. Premises Medical Payments | $ each Person | $ each Accident | $ | $ | $ |
| | | | | TOTAL $ | 1833. |

### PREMIUM RECAPITULATION

| | Previous Installments | Additional Premium | Return Premium | Amount Due |
|---|---|---|---|---|
| Dates of subsequent installments: 2 | $ | $ | $ | $ |
| (if payable in annual installments) | $ | $ | $ | $ |
| State of Virginia: | $ | $ 145. | $ | $ |
| **1/3/73** At The Charlotte | | | | ☐ Additional ☐ Return |
| key terms: .3746 | | $ 145. | $ | |
| Sam J. ... Company ... Agency By ... | | | | |