IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NUMBER: 1:18-CV-932

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>COVIL CORPORATION; SENTRY CASUALTY COMPANY; UNITED STATES FIDELITY AND GUARANTY COMPANY; TIG INSURANCE COMPANY, as successor in interest to Fairmont Specialty Insurance Company, f/k/a Ranger Insurance Company; HARTFORD ACCIDENT AND INDEMNITY COMPANY; ANN FINCH, as Executrix of the Estate of Franklin Delenor Finch, DARRELL A. CONNOR, as Executrix of the Estate of Charles Franklin Connor; ROBERT A. MULLINAX, as Executor of the Estate of Jack Junior Waugh; ROBERT JOSEPH ELLIS; and SHARON WHITEHEAD, as Executrix of the Estate of James T. Whitehead,<br><br>*Defendants*. | **THE RECEIVER OF COVIL CORPORATION'S MOTION TO DISMISS OR STAY UNITED STATES FIDELITY AND GUARANTY COMPANY'S CROSS-CLAIMS** |

Covil Corporation ("Covil"), a dissolved South Carolina corporation, acting solely by and through its duly appointed receiver, Peter D. Protopapas ("Receiver"), moves this Court to dismiss the cross-claims of United States Fidelity and Guaranty Company ("USF&G") pursuant to Rules 12(b)(1), 12(b)(7), and 19 of the Federal Rules of Civil Procedure for failure to join indispensable parties and lack of subject matter jurisdiction, or to dismiss or stay USF&G's cross-claims pending adjudication of the more comprehensive action currently pending in South Carolina among the parties, which is styled *Covil Corporation v. Zurich American Insurance*

*Company, et al.*, No. 7:18-cv-03291-BHH (D.S.C.). The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: February 12, 2019
/s/ *William K. Davis*
William K. Davis
N.C. State Bar No. 1117
BELL, DAVIS & PITT, P.A.
P.O. Box 21029
Winston Salem, NC 27120-1029
(336) 714-4146
wdavis@belldavispitt.com

Paul Anton Zevnik (Pro Hac Forthcoming)
Nancy Patterson (Pro Hac Forthcoming)
W. Brad Nes (Pro Hac Forthcoming)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000

*Attorneys for Covil Corporation, acting through Peter D. Protopapas, Receiver of Covil Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing motion via the Court's electronic filing system, pursuant to the Electronic Filing Procedures, on all attorneys of record who have entered an appearance by ECF in this matter.

This the 12th day of February, 2019.

/s/ *William K. Davis*
William K. Davis
N.C. State Bar No. 1117
BELL, DAVIS & PITT, P.A.
P.O. Box 21029
Winston Salem, NC 27120-1029
(336) 714-4146
wdavis@belldavispitt.com