UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil No.: 1:18-cv-932

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| COVIL CORPORATION; SENTRY CASUALTY COMPANY; UNITED STATES FIDELITY AND GUARANTY COMPANY; TIG INSURANCE COMPANY, as successor in interest to Fairmont Specialty Insurance Company, f/k/a Ranger Insurance Company; HARTFORD ACCIDENT AND INDEMNITY COMPANY; ANN FINCH, as Executrix of the Estate of Franklin Delenor Finch, DARRELL A. CONNOR, as Executrix of the Estate of Charles Franklin Connor; ROBERT A. MULLINAX, as Executor of the Estate of Jack Junior Waugh; ROBERT JOSEPH ELLIS; and SHARON WHITEHEAD, as Executrix of the Estate of James T. Whitehead; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT ROBERT A. MULLINAX** |
| Defendants. | )<br>) |

NOW COMES Plaintiff Zurich American Insurance Company ("Zurich"), by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby gives notice of dismissal only as to its claims against Defendant Robert A. Mullinax, as Executor of the Estate of Jack Junior Waugh ("Defendant"). Zurich alleges and says that dismissal of Defendant without a court order is proper, where Defendant has not served an answer or a motion for summary judgment.

This the 24th day of May, 2019.

        **TEAGUE, CAMPBELL, DENNIS & GORHAM, L.L.P.**

By:   /s/ William A. Bulfer
      William A. Bulfer
      N.C. Bar No. 31424
      Brian M. Love
      N.C. Bar No. 41397
      22 South Pack Square, Suite 800
      Asheville, NC 28801
      Telephone: (828) 254-4515
      Facsimile: (828) 254-4516
      E-mail: wbulfer@teaguecampbell.com
      E-mail: blove@teaguecampbell.com
      *Attorneys for Plaintiff Zurich American Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019, I electronically filed the foregoing Document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all known counsel of record.

**TEAGUE, CAMPBELL, DENNIS & GORHAM, L.L.P.**

BY:   /s/ Brian M. Love
William A. Bulfer
N.C. Bar No. 31424
Brian M. Love
N.C. Bar No. 41397
22 South Pack Square, Suite 800
Asheville, NC 28801
Telephone: (828) 254-4515
Facsimile: (828) 254-4516
E-mail: wbulfer@teaguecampbell.com
E-mail: blove@teaguecampbell.com
*Attorneys for Plaintiff Zurich American Insurance Company*