IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NUMBER: 1:18-CV-932

ZURICH AMERICAN INSURANCE COMPANY,

*Plaintiff*,

v.

COVIL CORPORATION *et al.*,

*Defendants*.

## NOTICE OF APPEARANCE

Please take notice that Brady Edwards hereby appears as counsel for Defendant Covil Corporation, acting through Peter D. Protopapas, Receiver of Covil Corporation, and requests that all pleadings and papers in this action be served upon him. Mr. Edwards has sent his electronic filing registration form to the Court via FedEx.

This 3rd day of June, 2019

/s/ *W. Brad Nes*
W. Brad Nes
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000

/s/ *Brady Edwards*
Brady Edwards
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5110

/s/ *William K. Davis*
William K. Davis
N.C. State Bar No. 1117
BELL, DAVIS & PITT, P.A.
P.O. Box 21029
Winston Salem, NC 27120-1029
(336) 714-4146
wdavis@belldavispitt.com

*Attorneys for Covil Corporation, acting through Peter D. Protopapas, Receiver of Covil Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing via the Court's electronic filing system, pursuant to the Electronic Filing Procedures, on all attorneys of record who have entered an appearance by ECF in this matter.

This 3rd day of June, 2019.

/s/ *W. Brad Nes*
W. Brad Nes
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000

/s/ *Brady Edwards*
Brady Edwards
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5110

/s/ *William K. Davis*
William K. Davis
N.C. State Bar No. 1117
BELL, DAVIS & PITT, P.A.
P.O. Box 21029
Winston Salem, NC 27120-1029
(336) 714-4146
wdavis@belldavispitt.com

*Attorneys for Covil Corporation, acting through Peter D. Protopapas, Receiver of Covil Corporation*