IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>                  *Plaintiff,*<br>v.<br><br>COVIL CORPORATION, *et al.*,<br><br>                  *Defendants.* | 1:18-CV-932 |

## ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Before the Court is the March 13, 2020 Joint Motion to Dismiss Without Prejudice submitted by Covil Corporation and Hartford Accident and Indemnity Company. Upon consideration thereof and for good cause shown,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Dismiss Without Prejudice is **GRANTED**, and all claims between Covil and Hartford in this action are dismissed without prejudice. Hartford's Third-Party Claims against Penn National are also hereby dismissed without prejudice.

This the 16th day of March, 2020.

                                                                                             _____
                                                                                            UNITED STATES DISTRICT JUDGE