IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | |
| *Plaintiff,* | 1:18-CV-932 |
| v. | |
| COVIL CORPORATION, *et al.*, | |
| *Defendants*. | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Before the Court is the March 13, 2020 Joint Motion to Dismiss Without Prejudice submitted by Covil Corporation and TIG Insurance Company, as successor in interest to Fairmont Specialty Insurance Company f/k/a Ranger Insurance Company. Upon consideration thereof and for good cause shown,

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss Without Prejudice is **GRANTED**, and all claims between Covil and TIG Insurance Company, as successor in interest to Fairmont Specialty Insurance Company f/k/a Ranger Insurance Company ("TIG") in this action are dismissed without prejudice.

This the 16th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE