# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CASE NUMBER: 1:18-CV-932

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) **JOINT STIPULATION** |
| | ) **OF DISMISSAL AS TO** |
| COVIL CORPORATION, *et al.* | ) **ROBERT J. ELLIS** |
| Defendants. | )<br>)<br>) |

Plaintiff Zurich American Insurance Company, as successor by merger to Maryland Casualty Company and Northern Insurance Company of New York (hereinafter "Zurich"), and Defendant Robert J. Ellis, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii), that the Plaintiff's action against Defendant Ellis be dismissed without prejudice with each party bearing that party's own attorneys' fees and costs. The remaining parties to the above-captioned action consent to Zurich's dismissal of its action against Defendant Ellis and have signed below.

[SIGNATURE PAGES FOLLOW]

This the 4th day of May, 2020.

                **TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

BY:    /s/ William A. Bulfer
         William A. Bulfer, N.C. State Bar No. 31424
         22 South Pack Square, Suite 800
         Asheville, North Carolina 28801
         Telephone:  (828) 254-4515
         Fax: (828) 254-4516
         wbulfer@teaguecampbell.com

         J. Matthew Little, N.C. State Bar No. 20032
         Daniel T. Strong, N.C. State Bar No. 49546
         4700 Falls of Neuse Road, Suite 450
         Raleigh, North Carolina 27609
         Telephone: (919) 873-0166
         Fax: (919) 873-1814
         mlittle@teaguecampbell.com
         dstrong@teaguecampbell.com

         Karen M. Dixon (admitted *pro hac vice*)
         **SKARZYNSKI MARICK & BLACK LLP**
         353 N. Clark #3650
         Chicago, IL 60654
         Telephone:  (312) 946-4233
         Fax: (312) 946-4272
         kdixon@skarzynski.com

         ***Attorneys for Plaintiff Zurich American Insurance Company***

**MORGAN LEWIS & BOCKIUS, LLP**

BY: /s/ Brady Edwards
Paul Anton Zevnik
Brady Edwards
W. Brad Nes
Nancy L. Patterson
David W. Marston, Jr.
1111 Pennsylvania, NW
Washington, DC 20004
paul.zevnik@morganlewis.com
brady.edwards@morganlewis.com
brad.nes@morganlewis.com
nancy.patterson@morganlewis.com
david.marston@morganlewis.com

William K. Davis
**BELL DAVIS & PITT, P.A.**
P.O. Box 21029
Winston-Salem, NC 27120-1029
wdavis@belldavispitt.com

Jescelyn T. Spitz
**RICHARD & PROTOPAPAS**
1329 Blanding Street
Columbia, SC 29201
jspitz@rplegalgroup.com

*Attorneys for Defendant Covil Corporation*

3

**MURPHY & GRANTLAND, P.A.**

BY: /s/ Wesley B. Sawyer
Wesley B. Sawyer
PO Box 6648
Columbia, SC 29260
803-454-1233
wsawyer@murphygrantland.com;
dblack@murphygrantland.com

Ilya A. Kosten
Jeffrey Burt
**BARBANEL & TREUER, P.C.**
1925 Century Park East, Suite 350
Los Angeles, California 90067
310.282.8088
310.282.8779 fax
Ikosten@btlawla.com
jburt@btlawla.com

*Attorneys for Defender Sentry Casualty Company*

**SHIPMAN & GOODWIN LLP**

BY: /s/ James P. Rugeri
James P. Ruggeri
Edward B. Parks, II
Myles D. Morrison
1875 K. St. NW, Ste 600
Washington, DC 20006
202-469-7750
202-469-7751 (fax)
jruggeri@goodwin.com;
eparks@goodwin.com
mmorrison@goodwin.com

*Attorneys for Defendant Hartford Accident and Indemnity Company*

4

**WOMBLE BOND DICKINSON (US) LLP**

BY: /s/ Reid C. Adams, Jr.
      Reid C. Adams, Jr. (Bar No. 9669)
      Jonathan R. Reich (Bar No. 41546)
      One West 4th Street
      Winston-Salem, NC 27101
      (336) 721-3674
      cal.adams@wbd-us.com
      jonathan.reich@wbd-us.com

      Lee H. Ogburn (*specially appearing*)
      Ezra S. Gollogly (*specially appearing*)
      **KRAMON & GRAHAM PA**
      One South Street, Suite 2600
      Baltimore, MD 21202
      (410) 347-7423; logburn@kg-law.com
      (410) 319-0481; egollogly@kg-law.com

      Andrew T. Frankel *(specially appearing)*
      Mary Beth Forshaw *(specially appearing)*
      Alan C. Turner *(specially appearing)*
      Elisa Alcabes *(specially appearing)*
      **SIMPSON THACHER & BARTLETT LLP**
      425 Lexington Avenue
      New York, NY 10017
      (212) 455-2000
      afrankel@stblaw.com
      mforshaw@stblaw.com
      aturner@stblaw.com
      ealcabes@stblaw.com

      ***Attorneys for Defendant United States Fidelity and Guaranty Company***

**DEAN OMAR BRANHAM SHIRLEY, LLP**

BY: /s/ Charles W. Branham, III
Charles W. Branham, III
Jessica M. Dean
302 N. Market Street
Suite 300
Dallas, Texas 75202
214-722-5990
214-722-5991 (fax)
tbranham@dobslegal.com
jdean@dobslegal.com

**WALLACE & GRAHAM, P.A.**

BY: /s/ William M. Graham
William M. Graham
525 N. Main St.
Salisbury, NC 28144
704-633-5244
704-633-9434 (fax)
bgraham@wallacegraham.com

*Attorneys for the Individual Defendants*

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

BY: /s/ Matthew A. Abee
P.O. Box 11070
Columbia, SC 29211-1070
803-255-9335
803-255-5167 (fax)
matt.abee@nelsonmullins.com

Gregory J. May
One Post Office Square, 30th Floor
Boston, MA 02109
Greg.may@nelsonmullins.com

*Attorneys for Defendant TIG Insurance Company*

6

Case 1:18-cv-00932-CCE-LPA   Document 300   Filed 05/04/20   Page 6 of 7

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2020, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL AS TO ROBERT J. ELLIS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all known counsel of record.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

BY: /s/ William A. Bulfer
William A. Bulfer, N.C. State Bar No. 31424