IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| ZURICH AMERICAN INSURANCE COMPANY, | |
|---|---|
| *Plaintiff,* | 1:18-CV-932 |
| v. | |
| COVIL CORPORATION, *et al.*, | |
| *Defendants.* | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Before the Court is the May 13, 2020 Joint Motion to Dismiss with Prejudice submitted by Covil Corporation and Sentry Insurance a Mutual Company. Upon consideration thereof and for good cause shown,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Dismiss with Prejudice is **GRANTED**, and all claims between Covil and Sentry in the above-captioned action shall be dismissed with prejudice. Each party shall bear its own costs.

This 27th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE