IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ZURICH AMERICAN INSURANCE )
COMPANY, )
                         )
         Plaintiff, )
                         )
         v. )              1:18-CV-932
                         )
COVIL CORPORATION, by and )
through its duly appointed Receiver, )
Peter D. Protopapas, et al., )
                         )
         Defendant. )

## ORDER AND JUDGMENT

Defendants Covil Corporation and Sentry Insurance, a Mutual Company, jointly move to dismiss with prejudice all cross-claims each has asserted against the other. For the reasons stated in the motion, and upon due consideration,

It is **ORDERED AND ADJUDGED** that:

1. The joint motion to dismiss with prejudice, Doc. 307, is **GRANTED**.

2. All cross-claims Covil Corporation has asserted against Sentry Insurance, a Mutual Company, are **DISMISSED WITH PREJUDICE**.

3. All cross-claims Sentry Insurance, a Mutual Company has asserted against Covil Corporation are **DISMISSED WITH PREJUDICE**

This the 26th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE