IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:18-CV-932 |
| COVIL CORPORATION, et al., | ) ) | |
| Defendants. | ) | |

## ORDER AND JUDGMENT

Defendants Covil Corporation and Hartford Accident and Indemnity Company jointly move to dismiss with prejudice all cross-claims each has asserted against the other. For the reasons stated in the motion, and upon due consideration,

It is **ORDERED AND ADJUDGED** that:

1. The joint motion to dismiss with prejudice, Doc. 316, is **GRANTED**.

2. All cross-claims Covil Corporation has asserted against Hartford Accident and Indemnity Company are **DISMISSED WITH PREJUDICE**.

3. All cross-claims Hartford Accident and Indemnity Company has asserted against Covil Corporation are **DISMISSED WITH PREJUDICE**.

This the 26th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE