IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COVIL CORPORATION, by and through its duly appointed receiver, Peter D. Protopapas,<br><br>*Plaintiff*,<br><br>v<br><br>ZURICH AMERICAN INSURANCE COMPANY and USF&G COMPANY,<br><br>*Defendants*. | 1:18-CV-932 |

## ORDER AND JUDGMENT DISMISSING TIG INSURANCE COMPANY AND RELATED CLAIMS WITH PREJUDICE

Before this Court is the October 13, 2020 Joint Motion of Covil Corporation, by and through its duly appointed Receiver Peter D. Protopapas ("Covil") and TIG Insurance Company, as successor in interest to Fairmont Specialty Insurance Company f/k/a Ranger Insurance Company ("TIG") to dismiss their claims against one another with prejudice. Upon consideration of the good cause shown, the Court **GRANTS** the joint motion to dismiss all claims between Covil and TIG and, in light of the TIG settlement being finalized, **DISMISSES** TIG from the action with prejudice.

**IT IS SO ORDERED**.

This the 6th day of November, 2020.

UNITED STATES DISTRICT JUDGE