# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# CASE NUMBER: 1:18-CV-932

| | |
|---|---|
| COVIL CORPORATION, by and through its duly appointed receiver, Peter D. Protopapas,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and USF&G COMPANY | **JOINT STATUS REPORT BETWEEN THE RECEIVER FOR COVIL AND ZURICH** |

Peter D. Protopapas, the Receiver for Covil Corporation (the "Receiver"), an administratively-revoked South Carolina corporation, and Zurich American Insurance Company ("Zurich") file this Joint Status Report to provide an update regarding the status of their settlement.

Earlier today, the South Carolina receivership court approved the settlement between the Receiver for Covil and Zurich. A copy of the approval order is attached hereto as Exhibit A. According to the terms of that agreement (and consistent with past practice for similar settlements in this case), the Receiver and Zurich will immediately file a dismissal, without prejudice, of all claims pending between them in this Court. Zurich will also file a dismissal, without prejudice, of any and all remaining claims for declaratory relief against any and all remaining parties. After the Zurich settlement is finalized and funded, the Receiver and Zurich will jointly file a request that these respective dismissals be converted into dismissals with prejudice.[1]

---

[1] The Receiver is concerned that USF&G will somehow challenge or appeal the approval of this settlement with Zurich (as USF&G has done with other settlements reached by the Receiver). As such, the Zurich settlement agreement is designed to become final after any such challenges by USF&G have concluded.

Dated: January 15, 2021

/s/ *Brady Edwards*
Paul Anton Zevnik
Brady Edwards
Nancy Patterson
W. Brad Nes
Jeffrey Raskin
Michel Horton
Lauren McCulloch Semlinger
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
T: (202) 739-3000

William K. Davis
N.C. State Bar No. 1117
BELL, DAVIS & PITT, P.A.
P.O. Box 21029
Winston Salem, NC 27120-1029
(336) 714-4146
wdavis@belldavispitt.com

*Attorneys for Covil Corporation, acting through Peter D. Protopapas, Receiver of Covil Corporation*

/s/ *Karen M. Dixon*
Karen M. Dixon (admitted *pro hac vice*)
SKARZYNSKI MARICK & BLACK LLP
353 N. Clark, Suite 3650
Chicago, IL 60654
(312) 946-4233
kdixon@skarzynski.com

J. Matthew Little
TEAGUE CAMPBELL DENNIS & GORHAM, LLP
4700 Falls of Neuse Road, Suite 450
Raleigh, NC 27609
(919) 873-0166
mlittle@teaguecampbell.com

William A. Bulfer
TEAGUE CAMPBELL DENNIS &
GORHAM, LLP
22 South Pack Square, Suite 800
Asheville, NC 28801
(828) 254-4515
wbulfer@teaguecampbell.com

*Attorneys for Zurich American Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing brief via the Court's electronic filing system, pursuant to the Electronic Filing Procedures, on all attorneys of record who have entered an appearance by ECF in this matter.

This the 15th day of January, 2021.

/s/ *Brady Edwards*
Brady Edwards