IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COVIL CORPORATION, by and through its duly appointed receiver, Peter D. Protopapas,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and USF&G COMPANY | 1:18-CV-932 |

**ORDER GRANTING JOINT**
**MOTION TO DISMISS WITH PREJUDICE**

Before the Court is the Joint Motion to Dismiss with Prejudice submitted by Covil Corporation and Zurich American Insurance Company. Doc. 383. Upon consideration thereof and for good cause shown,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Dismiss with Prejudice is **GRANTED**, and all claims between Covil and Zurich in the above-captioned action are **DISMISSED** with prejudice. All claims filed by Zurich against any other parties also are **DISMISSED** with prejudice.

This 10th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE