IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COVIL CORPORATION, by and through its duly appointed receiver, Peter D. Protopapas,<br><br>*Plaintiff,*<br><br>v.<br><br>USF&G COMPANY,<br><br>*Defendant.* | 1:18-CV-932 |

## ORDER

Before the Court is Covil Corporation's Motion to Amend Docket and Caption, by and through its duly appointed Receiver Peter D. Protopapas. Doc. 384. Upon consideration of the good cause shown, the Court **GRANTS** the Motion to Amend Docket and Caption to remove Zurich American Insurance Company from the style of this case. Going forward, the parties shall use the caption format used in this order.

**IT IS SO ORDERED.**

This 10th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE